UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
UNITED STATES OF AMERICA,           )
                                    )   Case No. MC18-00024RSL
                    Plaintiff,      )
    v.                              )
                                    )   ORDER TO ISSUE WRIT OF
JUDITH HUTCHINSON,                  )   CONTINUING GARNISHMENT
                                    )   AND NOTICE TO DEFENDANT/
              Defendant/Judgment Debtor, )   JUDGMENT DEBTOR
                                    )
    v.                              )
                                    )
LINCOLN FINANCIAL GROUP,            )
                                    )
                    Garnishee.      )
_____)

This matter comes before the Court on plaintiff's "Application for Writ of Continuing Garnishment" for property in which the defendant/judgment debtor, Judith Hutchinson, has a substantial nonexempt interest and which is in the possession, custody, or control of the garnishee, Lincoln Financial Group. The Court having reviewed the record in this matter, hereby ORDERS that the Clerk of Court issue the "Writ of Continuing Garnishment" (Dkt. # 1-3) and the "Notice to Defendant/Judgment Debtor" (Dkt. # 1-4) submitted by plaintiff's counsel on February 28, 2018. Pursuant to 28 U.S.C. § 3205(c)(3), plaintiff shall serve the defendant/judgment debtor and the garnishee with a copy of the writ and accompanying instructions.

Dated this 2nd day of March, 2018.

_____
Robert S. Lasnik
United States District Judge